UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONNE WELLS                                CIVIL ACTION

VERSUS                                       NUMBER: 11-0012

WARDEN BURL CAIN                             SECTION: "F"(6)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Tyronne Wells for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 10th day of August, 2011.

UNITED STATES DISTRICT JUDGE